UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Noel L. Hillman |
| v. | : | |
| | : | |
| JOSEPH BRODIE, | : | Criminal No. 16-182 (NLH) |
| | : | |
| Defendant | : | |
| | : | <u>VERDICT SHEET</u> |

# **COUNT ONE**

1.    With respect to Count One, which charges defendant Joseph Brodie with threatening an official (Jason Galanes) on or about September 19, 2017, in violation of Title 18, United States Code, Section 115(a)(1)(B), we, the unanimous jury, find:

    Defendant Joseph Brodie:

        NOT GUILTY \_\_\_\_\_    GUILTY \_\_\_\_\_

1(A).    If the answer to Part 1 is Guilty, please indicate the nature of the threat.

        Assault _____

        Murder _____

*Please proceed to the next Count.*

## **COUNT TWO**

2. With respect to Count One, which charges defendant Joseph Brodie with threatening officials (Congressman Frank LoBiondo, Jason Galanes, and Michael Francis, and other members of Congressman LoBiondo's staff) on or about September 19, 2017, in violation of Title 18, United States Code, Section 115(a)(1)(B), we, the unanimous jury, find:

Defendant Joseph Brodie:

    NOT GUILTY \_\_\_\_\_    GUILTY \_\_\_\_\_

2(A). If the answer to Part 2 is Guilty, please indicate the nature of the threat.

    Assault _____

    Murder _____

_____
FOREPERSON

DATE: