UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Noel L. Hillman |
| v. | : | |
| | : | |
| JOSEPH BRODIE, | : | Criminal No. 18-162 (NLH) |
| Defendant | : | |
| | : | VERDICT SHEET |

**COUNT ONE**

1. With respect to Count One, which charges defendant Joseph Brodie with threatening an official (Jason Galanes) on or about September 19, 2017, in violation of Title 18, United States Code, Section 115(a)(1)(B), we, the unanimous jury, find:

Defendant Joseph Brodie:

NOT GUILTY \_\_\_\_\_    GUILTY __Yes__

1(A). If the answer to Part 1 is Guilty, please indicate the nature of the threat.

Assault _____

Murder __Yes__

*Please proceed to the next Count.*

1

## COUNT TWO

2. With respect to Count Two, which charges defendant Joseph Brodie with threatening officials (Congressman Frank LoBiondo, Jason Galanes, and Michael Francis, and other members of Congressman LoBiondo's staff) on or about September 19, 2017, in violation of Title 18, United States Code, Section 115(a)(1)(B), we, the unanimous jury, find:

Defendant Joseph Brodie:

NOT GUILTY _____   GUILTY __Yes__

2(A). If the answer to Part 2 is Guilty, please indicate the nature of the threat and the threat recipient(s) on which you unanimously agree.

Assault _____

Murder __Yes__

Congressman Frank LoBiondo __Yes - Murder__

Jason Galanes __Yes - Murder__

Michael Francis __Yes - Murder__

Others __Yes - Murder__ Name or Names __all ^May's Landing office staff including Ms. Hinkley + Ms. McNamara__

DATE: 10/10/18

2